**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 04-730-JO                                   **Date of Proceeding:** 4/19/06

**Case Title:** Baumgardner, et al. v. Smurfit-Stone Container Corporation

**Presiding Judge:** Robert E. Jones           **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None                                              **Tape No:** ____

**DOCKET ENTRY:**

RECORD OF ORDER:

    Joint motion (#51) for reset of trial date is granted as follows:

    Four (4) day jury trial is reset from 6/8/06, to 9/11/06, at 9:00 a.m. in Courtroom 10A.

**PLAINTIFF'S COUNSEL**           **DEFENDANT'S COUNSEL**

cc:     { } All counsel

**DOCUMENT NO:** _____
**CIVIL MINUTES**

**Civil Minutes**                                                  **Honorable Robert E. Jones**
**Revised 4/23/91**