**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 04-730-JO    **Date of Proceeding:** 6/15/06

**Case Title:** Baumgardner, et al. v. Smurfit-Stone Container Corporation

**Presiding Judge:** Robert E. Jones    **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** Bonita Alexander, telephone 503-326-8188    **Tape No:**

**DOCKET ENTRY:**

RECORD OF HEARING:

Defendant's motion (#43) for summary judgment is under advisement.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| THOMAS DOYLE | COURTNEY ANGELI |
|  | SHANA SECHRIST |

cc:    { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

**Civil Minutes**    **Honorable Robert E. Jones**
**Revised 4/23/91**